**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BERRY, | ) NO. CV 17-2140-R(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ERIC ARNOLD (Warden), | ) |
| Respondent. | ) |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the First Amended Petition is denied and dismissed without prejudice.

DATED: August 22, 2017.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE